**Opinion issued February 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00816-CV

————————————

**BILLY LEE WILLIAMSON, Appellant**

**V.**

**GEICO COUNTY MUTUAL INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1186749**

---

## MEMORANDUM OPINION

Appellant Billy Lee Williamson, proceeding pro se, is attempting to appeal from a judgment signed December 8, 2022. We dismiss for lack of jurisdiction.

A notice of appeal is generally required to be filed within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1. This 30-day deadline may be extended

to 90 days after the judgment is signed if appellant files a timely motion for new trial or other post-judgment motion. *See* TEX. R. CIV. P. 329b. The appellate court may also extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3.

In this case, appellant did not file a notice of appeal until almost two years after the judgment was signed. Therefore, the notice of appeal is untimely. The Court issued a notice to appellant on January 30, 2025, advising that the appeal was subject to dismissal unless appellant filed a response by February 7, 2025, establishing that the Court had jurisdiction. Appellant filed a response on February 21, 2025, claiming he was not properly served with process in the trial court and was deprived of due process. This argument does not establish that we have jurisdiction. Absent a timely-filed notice of appeal, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 928 (Tex. 2005).

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.